No. 1345. SULLIVAN *v.* CHOQUETTE ET AL. C. A. 1st Cir. Certiorari denied.

No. 1349. SIMON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1350. MATOSKY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1355. WADEMAN *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 1357. LINDSEY *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 1360. MOODY *v.* FLYING SAUCERS, INC. C. A. 5th Cir. Certiorari denied.

No. 1363. KIGER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1365. LOOKRETIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1368. KONIGSBERG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 1372. LEO FEIST, INC., ET AL. *v.* APOLLO RECORDS N. Y. CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 1374. BEATTY *v.* ELLINGS ET AL. Sup. Ct. Minn. Certiorari denied.

No. 1378. BISHOP PROCESSING Co. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.